ORIGINAL

RECEIVED
2025 JUL -9 AM 9: 45
CLERK
US BANKRUPTCY COURT
DISTRICT OF DELAWARE

IN THE UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

In re:      Case No: 1:25-bk-11157-JKS

At Home Stores LLC     Chapter: 11

_____/
Debtor (s)

### REQUEST FOR NOTICES

**I HEREBY FILE** this Request for Notices on behalf of creditor, KEN BURTON, JR., MANATEE COUNTY TAX COLLECTOR, and request that he is provided with copies of all further notices and pleadings filed herein.

Name to be added to the Matrix as follows:

Jennifer Francis, Legal and Collections Specialist, CFCA
KEN BURTON, JR., Manatee County Tax Collector
1001 3RD Ave W, Suite 240
Bradenton, FL 34205-7863
Phone: 941.741.4832
Facsimile: 941.708.4934
e-mail: legal@taxcollector.com

**I HEREBY CERTIFY** that a true and correct copy of the foregoing instrument was delivered by U.S. Mail this 2nd day of July, 2025 to the following:

Debtor:     At Home Stores LLC
9000 Cypress Waters Blvd., Coppell, TX 75019

Attorney for Debtor:     Joseph M. Mulvihill
Rodney Square, 1000 N. King Street, Wilmington, DE 19801

Trustee:     N/A

/s/Jennifer Francis
Jennifer Francis, Legal Collections Specialist, CFCA
**KEN BURTON, JR., TAX COLLECTOR**
**MANATEE COUNTY, FLORIDA**
1001 3rd Ave W, Suite 240
Bradenton, FL 34205-7863
(941) 741-4832